W. S. JORDAN, R. L. MILLINOR, J. H. MILLINOR AND W. S. BEASLEY, PARTNERS DOING BUSINESS AS JORDAN, MILLINOR & COMPANY, *Plaintiffs in Error*, v. GEORGE W. HOPKINS AND GEORGE W. HOPKINS AS SOLE EXECUTOR OF THE LAST WILL AND TESTAMENT OF CHARLES MARTHINSON, *Defendants in Error*.

Decision Filed January 26, 1920.

A Writ of Error to a Judgment of the Circuit Court within and for the County of Madison; M. F. Horne, Judge.

*Chas. E. Davis*, for Plaintiffs in Error;

*Wm. T. Hendry*, for Defendants in Error.

PER CURIAM.—This cause having heretofore been submitted to the Court upon the transcript of the record of the judgment aforesaid, and argument of counsel for the respective parties, and the record having been seen and inspected, and the Court being now advised of its judgment to be given in the premises, it seems to the Court that there is no error in the said judgment; it is, therefore, considered, ordered and adjudged by the Court that the said judgment of the Circuit Court be and the same is hereby affirmed.

All concur.